*FLN (Rev. 4/2004) Deficiency Order*
*3:97cr129LAC - UNITED STATES OF AMERICA vs. CALVIN JOEL TROUTMAN*

*Page 1 of 1*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

UNITED STATES OF AMERICA

     vs                                           Case No.3:97cr129LAC

CALVIN JOEL TROUTMAN

_____

## ORDER

Your document, **MOTION TO PRESERVE NEW "RECOGNIZED RIGHT PURSUANT TO U.S. V BOOKER, 543 U.S. 220 (2005) OR ALTERNATIVELY A MOTION TO VACATE OR SET ASIDE CONVICTION OR SENTENCE PURSUANT TO 28 U.S.C. § 2255** was referred to the undersigned with the following deficiencies:

    The document does not have a complete Certificate of Service as required by Rule 5(b) and (d) of the Federal Rules of Civil Procedure, showing proper service.  The Certificate of Service does not list the name and address of the party served.

For these reasons, IT IS ORDERED that the document shall remain in the electronic file, but the court will not consider it until you have corrected the above deficiencies through the filing of a corrected document.

DONE and ORDERED this 30th day of January, 2006.


                             s/*L.A. Collier*
                             LACEY A. COLLIER
                             SENIOR UNITED STATES DISTRICT JUDGE